UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DELORIS HUNTER,

        Plaintiff,

v.

IDS PROPERTY CASUALTY
INSURANCE COMPANY,

        Defendant.

C17-130 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion for Leave of Court to Amend Her Complaint, docket no. 10 (the "Motion"), is DENIED. Plaintiff requests to amend her complaint outside of the timeframe articulated in Fed. R. Civ. P. 15(a)(1). Plaintiff does not identify any newly discovered facts supporting the "Estoppel to Deny Coverage" claim she now seeks to assert in her proposed amended complaint. Nor does Plaintiff seek to add new factual allegations to her existing claims. Defendant has already propounded written discovery and deposed Plaintiff. The current discovery motion deadline is January 4, 2018. The current discovery cutoff is February 12, 2018. Plaintiff has unduly delayed in filing the Motion and Defendant would be prejudiced if plaintiff is allowed to amend her complaint.

(2) Plaintiff's Motion to Revise Minute Order Re Scheduling to Continue Expert Disclosure and Discovery Dates, docket no. 13 (the "Motion"), to which no opposition was filed, is GRANTED in part and DENIED in part as follows. Plaintiff requests an extension of time to disclose expert testimony under Fed. R. Civ. P. 26(a)(2) because "she does not intend to rely upon expert testimony to support her summary judgment motion[,]" but would like to secure the option to retain an expert for trial

MINUTE ORDER - 1

should her summary judgment motion not resolve this matter. Motion at 2. Given the nature of Plaintiff's claims, the Court finds it unlikely that this matter could fully be resolved at summary judgment without expert witnesses. Additionally, extending the disclosure deadline to April 1, 2018 and the discovery deadline to April 30, 2018 is unworkable in light of the current trial date and corresponding deadlines. For these reasons, the Court hereby EXTENDS the deadline to disclose expert testimony under Fed. R. Civ. P. 26(a)(2) to December 22, 2017 and the deadline to complete discovery to March 1, 2018. All other deadlines will remain the same.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk